IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CURTIS MASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, et al. ) | 07 C 4763 |
| ) | |
| Defendants ) | Judge Norgle |
| ) | |
| ) | Magistrate Judge Denlow |
| ) | |

## PLAINTIFF'S MOTION FOR COSTS

NOW COMES Plaintiff by and through his attorneys and seeks an order of this Court for Defendant to pay the bill of costs attached as Exhibits A, B, C and D for expenses associated with this case, pursuant to the favorable verdict entered by the Court on June 22, 2009.

                                        RESPECTFULLY SUBMITTED,

                                        S/Michael Kanovitz
                                        Attorney for Plaintiff

Michael Kanovitz
Samantha Liskow
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900