IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CURTIS MASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, et al. ) | 07 C 4763 |
| ) | |
| Defendants ) | Judge Norgle |
| ) | |
| ) | Magistrate Judge Denlow |
| ) | |

## NOTICE OF MOTION

TO: Counsel of Record

    Please take notice that on July 20, 2009 at 9:15 a.m., I will appear before Honorable Judge Denlow in the court room usually occupied by him at 219 South Dearborn, Chicago, IL and then and there present Plaintiff's Motion For Costs.

S/Michael Kanovitz
Attorney for Plaintiff

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607

## CERTIFICATE OF SERVICE

    I, Jon Loevy, certify that on July 6, 2009 I delivered the attached Plaintiffs' Motion For Costs to the counsel of record by electronic service.

S/Michael Kanovitz