IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS MASON, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 4763 |
| | ) | |
| v. | ) | |
| | ) | Judge Norgle |
| CITY OF CHICAGO, et al. | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMAND |

**DEFENDANTS' AGREED MOTION TO EXTEND TIME
FOR SUBMISSION OF RESPONSE TO PLAINTIFF'S FEE PETITION**

NOW COME Defendants, City of Chicago, by and through their attorney, Sanjay H. Patel, and ask this Honorable Court to extend time in which to respond to plaintiff's fee petition. In support of their request, Defendants state as follows:

1. On 7-21-09, this Court granted plaintiff's request for an extension of time to submit a statement of fees to 8-17-09. (Docket Entry (D.E.) No. 183).

2. Plaintiff's counsel requested additional time to get their statement to Defendant, to which the undersigned agreed. Plaintiff's counsel faxed their fee statement to Defendant on August 28, 2009. The undersigned received plaintiff's fee petition on September 2, 2009.

3. Defense counsel has not had the opportunity to review plaintiff's submission and respond to plaintiff's counsel.

4. The undersigned is currently preparing for a lengthy jury trial before Judge Guzman, set for September 28, 2009.

5. Defendant respectfully requests additional time, until October 23, 2009, to respond to plaintiff.

6. The undersigned counsel has discussed this motion with plaintiff's counsel, Samantha Liskow, who does not object to its terms.

WHEREFORE, Defendants respectfully request this Honorable Court to grant Defendant additional time in which to respond to plaintiff's fee petition.

Respectfully submitted,

/s/ Sanjay Patel
Attorney for Defendants

30 N. LaSalle St.
Suite 1400
Chicago, IL 60602
312-742-3902
ARDC No. 6272840