# United States District Court
## Northern District of Illinois
### Eastern Division

Mason                                    **JUDGMENT IN A CIVIL CASE**

              v.                          Case Number: 07 C 4763

City of Chicago

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
       tried and the jury rendered its verdict.

■    Decision by Court.  This action came to hearing before the Court.  The issues have
       been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff,
Curtis Mason and against Defendant, City of Chicago, for a total of $440,000.00  for
attorney's fees and costs. The Court awards plaintiff costs and attorney's fees in the amount of
$440,000.00  payable to Plaintiff's attorney, Loevy and Loevy, as full settlement of the claims
for attorney's fees and costs in this litigation.

Michael W. Dobbins, Clerk of Court

Date: 11/17/2009                    _____

                                    /s/ Donna Kuempel, Deputy Clerk